

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 9:07:58 AM
CHRISTOPHER A. PRINE
Clerk

# The County of Galveston
P.O. BOX 17253
COUNTY COURTHOUSE
GALVESTON, TEXAS 77552-7253

DWIGHT D. SULLIVAN
COUNTY CLERK

January 14, 2015

Fourteenth Court Of Appeals
301 Fannin, Suite 245
Houston, TX 77002

Re:   14-15-00005-CV, Gillaspia Investment Group, Inc. d/b/a Texas Truck Sales vs. Leah M Daigle
      Trial Court Case Number CV-70560

      This letter is to inform the court that our office is not yet in receipt of the payment for the clerk's record in the above styled and numbered cause.  The clerk's record will be submitted as soon as payment arrangements have been made.

                     Dwight D. Sullivan, County Clerk
                     Galveston County, Texas

      By        /s/    Amanda Chatterton        Deputy
                     Amanda Chatterton